AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 5:25-mj-49(TWD) |
| RAMON ROSA CACERES-CACERES | ) |
| | ) |
| Defendant | ) |

FILED FEB 2 5 2025
AT ___ O'CLOCK
John M. Domurad, Clerk - Syracuse

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about February 24, 2025 in the county of Oswego in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326 | The defendant, an alien, native and citizen of Honduras, who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or her successor, the Secretary of Homeland Security, having expressly consented to the defendant's reapplication for admission into the United States. |

This criminal complaint is based on these facts:
**See Attached Affidavit**

☒ Continued on the attached sheet.

*Complainant's signature*
Zackary Seitles, Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Feb 25, 2025

*Judge's signature*

City and State: Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Zackary Seitles being duly sworn, depose and state the following:

1. I am a U.S. Border Patrol Agent assigned to the United States Border Patrol, Buffalo Sector, which is part of the Bureau of Customs and Border Protection. My current duty station is the U.S. Border Patrol Oswego Station, located in Oswego, New York. I have been a U.S. Border Patrol Agent for about 17 years. One of the U.S Border Patrol's primary missions is to apprehend undocumented foreign nationals. My authority to perform this mission is articulated in sections 287 and 235 of the Immigration and Nationality Act. This body of law relates to, among other things, the arresting of previously deported aliens who subsequently reenter the United States.

2. I make this affidavit in support of the complaint for a violation of Title 8, United States Code, Section 1326(a) against Ramon Rosa CACERES-Caceres.

3. This affidavit is based upon my review of immigration data base checks conducted on Ramon Rosa CACERES-Caceres and information received from law enforcement personnel involved in his arrest.

4. On February 24, 2025, at approximately 11:00 pm, Deputy Rob Wells with the Oswego County Sheriff's Department, contacted the United States Oswego Border Patrol (USBP) for assistance with a subject he had encountered on a vehicle stop on State Route 104 in the town of Hannibal, NY. Deputy Wells had stopped the vehicle for driving across a hazard marking. Deputy Wells was presented with a New York State

Learner's Permit (ID 667 475 328) by the subject, later identified as CACERES-Caceres, Ramon Rosa (A#- ████232, DOB ████, COC/COB- Honduras).

5. United State Border Patrol Agent Paul Vandish responded to the scene arriving at approximately 11:10 pm. The agent identified himself as a United States Border Patrol Agent and questioned the individual as to his immigration status. The individual identified as CACERES-Caceres, Ramon Rosa, admitted to being a national of El Honduras without proper immigration documents allowing them to enter or remain in the United States. At approximately 11:30 pm, CACERES-Caceres was arrested and transported to the Oswego Border Patrol station for further processing.

6. At the Oswego Station, CACERES-Caceres's biographical information and fingerprints were entered into the E3/Ident/IAFIS computer systems. Buffalo Sector Communications completed criminal and immigration checks. Records checks revealed that CACERES-Caceres illegally crossed into the United States on 06/16/2018 at/near Hidalgo, Texas. Subject was apprehended by Weslaco Station Border Patrol Agents on 06/16/2018. Subject was processed as an Expedited Removal and ordered removed by IJ on 06/17/2018. Subject was removed through Valley International Airport in McAllen, Texas on 07/09/2018. CACERES-Caceres illegally crossed into the United States on 05/25/2019 at an unknown time and location. Subject was apprehended by Border Patrol Agents from the Falfurrias Border Patrol Station on 06/05/2019. Subject received a Final Ordered of Removal on 06/05/2019. Subject was removed through Valley International Airport in McAllen, Texas on 06/20/2019.

7. I have further determined that the defendant has never applied for or received permission to reenter the United States from the Attorney General or the

Secretary of the Department of Homeland Security, after his removal on June 20, 2019.

8. Based on the records of the Department of Homeland Security, I have determined that the defendant illegally reentered the United States subsequent to his removal on June 20, 2019.

_____
Zackary Seitles
Border Patrol Agent

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on the __25th__ day of February 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Thérèse Wiley Dancks
United States Magistrate Judge